# ELECTRONIC RECORD

194-16

COA # 05-15-00078-CR          OFFENSE: 49.04

STYLE: Justin Cole Dryman v. The State of Texas          COUNTY: Kaufman

COA DISPOSITION:     DISMISS          TRIAL COURT: County Court At Law No. 1

DATE: 12/07/15          Publish: NO     TC CASE #:     12CL-0355

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Justin Cole Dryman v. The State of Texas          CCA #: __194-16__

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __05/04/2016__          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____